USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA, : 18-Cr-879 (SHS)

-against- :

ARIEL JIMENEZ, *ET AL.*, : ORDER

Defendants. :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that there will be a conference on November 26, 2019, at 11:00 a.m., for the Court to render its decision on the pending motions in this matter.

Dated: New York, New York
November 21, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.