UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/19

UNITED STATES OF AMERICA,

v.

ARIEL JIMENEZ, *ET AL.*,

Defendants.

18-Cr-879 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today for the Court to render its decision on the pending motions in this matter,

IT IS HEREBY ORDERED that:

1. For the reasons set forth at the conference today, defendant's pretrial motions (ECF Nos. 87, 89) are denied;

2. The parties shall submit proposed jury charges, any motions *in limine*, proposed *voir dire*, and a Federal Rule of Evidence 404(b) notice on or before April 27, 2020;

3. The parties shall submit responses to any motions *in limine* on or before May 4, 2020;

4. The Court will hold oral argument on May 14, 2020, at 10:00 A.M; and

5. Trial shall commence on May 26, 2020, at 9:30 A.M.

Dated:  New York, New York
        November 26, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.