USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -against- | : | |
| ARIEL JIMENEZ, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

IT IS HEREBY ORDERED that there will be a conference on Friday, January 10, 2020, at 11:00 a.m., regarding defendant's letter requesting bail [Doc. No. 150].

Dated: New York, New York
January 7, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.