UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ARIEL JIMENEZ,

Defendant.

18-Cr-879 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in possession of the correspondence regarding defendant Ariel Jimenez's request for modification of his conditions of release. (*See* ECF Nos. 167, 169.)

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

1. The $200,000 bond need be secured by only two, rather than three, financially responsible people and secured by at least $50,000 in assets;

2. Defendant's nephew, referred to in defendant's letter dated January 30, 2020 (ECF No. 167 at 4), may surrender his passport in lieu of defendant's father; and

3. All other conditions set at the January 10, 2020 bail hearing remain in place.

Dated: New York, New York
February 7, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.