UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,             18-Cr-879 (SHS)

    -v-                              <u>ORDER</u>

ARIEL JIMENEZ,
            Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A teleconference having been held today, regarding the defendant's motion to modify bail conditions[Doc. No. 188],

     IT IS HEREBY ORDERED that:

     1.     The $200,000 bond shall be secured by only two, rather than three, financially responsible people and secured by at least $50,000 in assets. This condition must be satisfied within 15 days from the defendant's release;

     2.     The defendant, his mother, and his nephew, shall surrender their passports to the Pretrial Services Officer before he is released;

     3.     Defendant shall be placed on home incarceration at 4570 Henry Hudson Parkway East, Bronx, New York, with electronic monitoring as directed by the Pretrial Services Officer;

     4.     Defendant shall set up the electronic monitoring within 24 hours after release, as directed by the Pretrial Services Officer;

     5.     Defendant shall have absolutely no contact with his co-defendants, including defendant Ireline Nunez;

     6.     All other conditions shall remain as previously set.

Dated: New York, New York
March 26, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.