UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                   18-Cr-879 (SHS)

    -v-                                     ORDER

ARIEL JIMENEZ, *ET AL.*,

        Defendant(s).

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the trial of this action is adjourned from May 26, 2020, to June 1, 2020, at 9:30 a.m. All other dates in the Order dated November 26, 2019 [Doc. No. 138] remain as set.

Dated: New York, New York
       April 3, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.