UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 18-Cr-879 (SHS) |
| -v- | ORDER |
| ARIEL JIMENEZ, | |
| Defendant(s). | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of the government in a letter dated today [Doc. No. 202], and with the consent of defendant,

IT IS HEREBY ORDERED that:

1. The trial date and all attendant deadlines are adjourned *sine die*;

2. The parties shall update the Court on May 15, 2020, and every 15 days thereafter as to whether they believe the Court should establish a date certain; and

3. The Court notes that the time has already been excluded until May 26, 2020.

Dated: New York, New York
April 16, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.