## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 25, 2020

**By ECF**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Cinthia Federo, et al.,*
18 Cr. 879 (SHS)

Dear Judge Stein:

I represent Cinthia Federo in the above-referenced matter. I write to respectfully request an adjournment of Ms. Federo's sentencing now scheduled for July 7, 2020, until mid to late September 2020, at a time convenient to the Court.

Numerous issues remain unresolved in preparation for Ms. Federo's sentence, including child care issues, tax resolution(s), and obtaining other pertinent documents. At present, Ms. Federo remains in quarantine with her daughter per the COVID-19 pandemic.

AUSA Daniel Nessim consents to this request.

Very truly yours,

William J. Stampur

cc: AUSA Daniel Nessim

**The sentencing is adjourned to September 25, 2020, at 11:00 a.m. Defense submissions are due by September 11, the government's submissions are due by September 18.**
**Dated: New York, New York**
**June 25, 2020**

SO ORDERED

Sidney H. Stein
U.S.D.J.