USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020

**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 25, 2020

**MEMO ENDORSED**

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Cinthia Federo*
                **18 Cr. 879 (SHS)**

Dear Judge Stein:

    My client Cinthia Federo requests a variance of her pretrial travel restrictions to allow her to travel to the Poconos on September 4, 2020, and return on September 6, 2020, for her goddaughter's birthday. She will be staying at 149 Keystone Lane, Tobyhanna, PA 18466. Her present pretrial travel restrictions are the Southern District of New York and Eastern District of New York.

    AUSA Daniel Nessim and Pretrial Officer Erin Cunningham consent to this request.

Very truly yours,

William J. Stampur

cc:    AUSA Daniel Nessim
        PTO Erin Cunningham

Application granted.

Dated: New York, New York
       August 26, 2020    SO ORDERED:

Sidney H. Stein, U.S.D.J.