# STAMPUR & ROTH
### ATTORNEYS AT LAW

| | |
|---|---|
| WILLIAM J. STAMPUR | 299 BROADWAY, SUITE 800 |
| JAMES ROTH | NEW YORK, N.Y. 10007 |
| | (212) 619-4240 |
| | FAX (212) 619-6743 |

September 9, 2020

By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Cinthia Federo, et al.,
                18 Cr. 879 (SHS)

Dear Judge Stein:

      I represent Cinthia Federo in the above-referenced matter. I write to respectfully request an adjournment of Ms. Federo's sentencing now scheduled for September 25, 2020, until the week of November 30, 2020, at a date and time convenient to the Court.

      Numerous issues remain unresolved in preparation for Ms. Federo's sentence, including child care issues, tax resolution(s), and obtaining other pertinent documents.

      AUSA Daniel Nessim consents to this request.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc:    AUSA Daniel Nessim

**The sentencing is adjourned to December 3, 2020, at 2:30 p.m. Defense submissions are due by November 19, the government's submissions are due by November 25.**

**Dated: New York, New York**
**September 9, 2020**

SO ORDERED

*Sidney H. Stein*

SIDNEY H. STEIN
U.S.D.J.