UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the joint letter [Doc. No. 264] filed by the parties on October 19, 2020, requesting a date for commencement of trial. Accordingly,

IT IS HEREBY ORDERED that:

1. The trial will commence on June 21, 2021, at 9:30 a.m.;

2. Proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire*, are due by May 10, 2021; and

3. Responses to any motions *in limine* are due by May 24, 2021.

Dated: New York, New York
       October 20, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.