*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge           **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ariel Jimenez*, S2 18 Cr. 879 (SHS)

Dear Judge Stein:

    On October 20, 2020, the Court set trial in this matter for June 21, 2021. With the consent of defense counsel, the Government requests that time be excluded under the Speedy Trial Act through June 21, 2021. Such an exclusion is in the interests of justice, as it would allow the parties time to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Marguerite B. Colson
    Daniel G. Nessim
    Ni Qian
    Assistant United States Attorneys
    (212) 637-2587/-2486/-2364

**The time is excluded from calculation under the Speedy Trial Act from today until June 21, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated:  New York, New York
         October 23, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.