UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on June 9, 2021. Accordingly,

IT IS HEREBY ORDERED that the dates in the Order dated October 20, 2020 [Doc. No. 265], are adjourned as follows:

1. Any motions *in limine,* proposed jury charges, and, if the parties wish, proposed *voir dire,* are due on or before May 3, 2021;

2. Responses to any motions are due by May 17, 2021;

3. There will be a final pretrial conference on June 3, 2021, at 11:00 a.m.; and

3. The trial of this matter is scheduled for June 9, 2021, at 9:30 a.m.

Dated: New York, New York
       March 2, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.