UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | <u>ORDER</u> |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court is in receipt of defendant's letter dated March 31, 2021, requesting an adjournment of the trial date [Doc. No. 307].  Accordingly,

       IT IS HEREBY ORDERED that the dates in the Order dated March 2, 2021 [Doc. No. 299], are adjourned as follows:

      1.      Any motions *in limine,* proposed jury charges, and, if the parties wish, proposed *voir dire,* are due on or before September 3, 2021;

      2.      Responses to any motions are due by September 17, 2021;

      3.      There will be a final pretrial conference on September 24, 2021, at 11:00 a.m.;

      4.      The trial of this matter will be scheduled for October 4, 2021, at 9:30 a.m.;

      5.      The time is excluded from calculation under the Speedy Trial Act from today until October 4, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A); and

      6.      The parties should be aware that although the Court is submitting the jury request for this trial to begin on October 4, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the fourth quarter of 2021.

The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
April 15, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.