UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v - | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the trial of this action shall commence on Wednesday, October 6, 2021. This matter is the second trial scheduled on that date. The Court will notify the parties at least 48 hours prior to October 6 if this matter has advanced to number one on that date. The final pretrial conference remains at September 24, 2021, at 11:00 a.m. The dates in the Order dated April 15, 2021 [ECF Doc. No. 308] remain as set.

Dated: New York, New York
        August 30, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.