

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2021

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Ariel Jimenez*, 18 Cr. 879 (SHS)

Dear Judge Stein:

    The Government, with the defendant's consent, respectfully requests an extension of time to submit the parties' motions *in limine*, proposed Voir Dire, and proposed Requests to Charge. The current deadline is scheduled for this Friday, September 3, 2021. The parties request that this deadline be briefly adjourned to September 8, 2021.

                         Respectfully submitted,

                         AUDREY STRAUSS
                         United States Attorney

              by: *[signature]*
                  Ni Qian
                  Daniel G. Nessim
                  Assistant United States Attorneys
                  (212) 637-2486/-2364

Sept 1, 2021
So ordered
Sidney H Stein
U.S.D.J.