UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 18-Cr-879 (SHS) |
| ARIEL JIMENEZ, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received motions *in limine* from the parties (ECF No. 326, ECF No. 329). In light of the impending trial in this matter scheduled as trial no. 2 on October 6, 2021, responding papers to these motions remain due on September 17, 2021. The final pretrial conference remains at September 24, 2021 at 11:00 am in Courtroom 23A, 500 Pearl Street, New York, NY 10007, as originally ordered by the Court. (ECF No. 308.)

Dated: New York, New York
       September 10, 2021

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.