UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       18-Cr-879 (SHS)

        -v-                                           :       ORDER

ARIEL JIMENEZ,                                      :

        Defendant.                            :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        The Court has been advised that the *Ad Hoc* Committee on the Resumption of Jury Trials has scheduled the trial of this matter to commence on Monday, January 3, 2022, at 9:30 a.m., as the first trial on the schedule for that day.

        There will be a final pretrial conference on December 20, 2021, at 11:30 a.m.

Dated: New York, New York
       December 2, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.