UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the final pretrial conference scheduled for December 20, 2021, at 11:30 a.m. is moved up to December 15, 2021, at 11:00 a.m. Counsel may waive defendant's appearance at this conference.

Dated: New York, New York
       December 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.