UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | <u>ORDER</u> |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Pursuant to today's telephone conference, with all counsel participating,

IT IS HEREBY ORDERED that if on Thursday, January 10, 2022, the trial in 19-Cr-774 before Judge Rakoff is adjourned from February 15, then the Court would prefer the trial in this matter commence on January 18, 2022, at 9:30 a.m. Mr. Zach is directed to notify the Court on January 10 if his trial team is able to proceed on January 18, 2022, at 9:30 a.m.

Dated: New York, New York
       January 10, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.