UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | <u>ORDER</u> |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the parties shall be prepared to commence the trial of this matter on Wednesday, February 9, 2022, at 9:30 a.m.

Dated: New York, New York
          January 19, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.