UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The trial of this matter has moved into the first slot on the Court's trial calendar on February 9, 2022, and will commence on that day at 9:30 a.m.

    The Court's COVID-19 Response Team has instituted an additional testing protocol for criminal and civil proceedings as follows:

    Any person who removes their mask in the courtroom in accordance with current court-wide COVID-19 protocols, is required to be tested with a molecular diagnostic test (antigen tests are not approved) prior to removing their mask on the day that person will speak unmasked. If needed, the Court's District Executive Office may be able to administer the test. If a person will be removing their mask on multiple days over the course of the proceeding, that person may test on an every-other-day schedule. No one may unmask in the courtroom, even in the HEPA-filter-outfitted witness boxes or attorney podiums, unless they have tested negative for COVID-19 using an approved molecular diagnostic test. If a person has had confirmed COVID-19 within the prior 90 days, they will be exempt from this testing requirement. Proof must be provided to the Court in the form of a doctor's note or the viral test that confirmed their negative COVID-19 diagnosis.

Dated: New York, New York
       January 27, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.