UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    - v. -

ARIEL JIMENEZ,

        Defendant.

18 Cr. 879 (SHS)

------------------------------------------------------------X

    Upon the application of ARIEL JIMENEZ, the defendant herein, for an order permitting the defendant to appear at all proceedings in this matter in the presence of jurors in civilian clothes instead of a prison uniform and without restraint by any means, including shackles, and for good cause shown,

    IT IS HEREBY ORDERED that the defendant shall appear at all trial proceedings in civilian clothing acceptable to and in accordance with the directives of the Legal Department of the Metropolitan Correctional Center ("MCC") and Essex County Department of Corrections ("Essex") and without restraints while in the presence of jurors. The MCC and Essex shall admit through Mr. Zach, or his representative, three sets of clothing (3 suits, 10 dress shirts, 6 ties, 5 ascots, 3 handkerchiefs, 2 undershirts, 3 belts, 2 pairs of dress shoes, and 9 pairs of socks) into the MCC and Essex and allow Jimenez to dress in such civilian clothing for each appearance at court commencing February 9, 2022, and continuing thereafter until trial concludes. Mr. Zach or his representative shall be allowed to pick up soiled clothing and substitute clean clothing. The Bureau of Prisons and the MCC and Essex are DIRECTED to comply with this ORDER.

So ordered 2/8/2022

1