UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that:

    1.    The last day for defendant to file post trial motions is March 15, 2022;

    2.    The government's response to any motions is due by March 29, 2022; and

    3.    The sentencing is scheduled for June 6, 2022, at 4:30 p.m.

Dated: New York, New York
         February 22, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.