

May 17, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ariel Jimenez*, **18 Cr. 879 (SHS)**

Dear Judge Stein:

We respectfully write to request that the Court briefly adjourn sentencing in this matter, which is presently scheduled for June 6, 2022 at 4:30. This the first request for an adjournment. The defendant has been interviewed by the Probation Department but more time is needed by Probation to complete the initial draft of the report. The Government has no objection to this request. The parties have conferred and would suggest June 27, 28 and 29 as possible dates for sentencing if the Court has availability.

Respectfully submitted,

s/ John Zach
John Zach
Craig Wenner
Valecia Battle

Copy to:

AUSAs Qian & Nessim

**The conference is adjourned to June 29, 2022, at 4:30 p.m. Defense submissions are due by June 8, 2022, the government submissions are due by June 15, 2022.**

**Dated: New York, New York
May 18, 2022**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, New York, NY 10022 | (t) 212 446 2300 | (f) 212 446 2350 | www.bsflip.com