

JOHN T. ZACH
Tel: (212) 303-3648
Email: jzach@bsfllp.com

June 8, 2022

**VIA ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jimenez*, Case No. 18 Cr. 879 (SHS)

Dear Judge Stein:

We represent Ariel Jimenez and write to respectfully request that the Court adjourn sentencing and the sentencing submission deadlines in this matter. Mr. Jimenez's sentencing submission is due today, June 8, 2022 and the government's response is due June 15, 2022. The sentencing hearing is presently scheduled for June 29, 2022 at 4:30. This is the second request for adjournment. We made the first request on May 17, 2022 because Probation required additional time to complete the initial PSR. We received the initial Presentence Report on June 1, 2022 and are reviewing it with our client, who is currently in custody at MDC. Defendant's objections to the PSR are due on June 15, 2022. Accordingly, we respectfully request that the Court adjourn sentencing for approximately three weeks. An adjournment is necessary to complete the PSR with Mr. Jimenez and finalize his sentencing submission. The government has no objection to this request. We appreciate the Court's consideration and apologize for the delay in requesting this adjournment.

Respectfully submitted,

/s/ *John T. Zach*
John T. Zach

cc:   Ni Qian, Assistant United States Attorney, by ECF
      Daniel Nessim, Assistant United States Attorney, by ECF

**The sentencing is adjourned to August 3 at 4:30 p.m. The defense submissions are due by July 13, the government submissions are due by July 20.**

Dated: New York, New York
       June 9, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com