

# MEMO ENDORSED

July 13, 2022

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ariel Jimenez*, **18 Cr. 879 (SHS)**

Dear Judge Stein:

We respectfully write to request that the Court adjourn defendant's sentencing submission for 2-days from today until Friday, July 15, 2022, and extend the Government's submission until next Friday, July 24, 2022. The Probation Department filed the Final Presentence Investigation Report this morning. The Defendant requires the extra 2-days to review the final report and incorporate it into its submission. The Government does not object to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ John T. Zach
John T. Zach
Craig Wenner
Valecia Battle
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

cc:   Counsel of Record (by ECF)

The requests to extend the date to file defendant's sentencing submission until July 15, and the government's submission until July 24, are granted.

Dated: New York, New York
       July 13, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.

1