August 5, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Ariel Jimenez*, **18 Cr. 879 (SHS)**

Dear Judge Stein:

    We respectfully write to request that the Court adjourn sentencing in this matter, which is presently scheduled for August 8, 2022 at 4:00pm. The undersigned just learned that one of his family members tested positive for Covid-19 and currently has very mild symptoms. Under the Court's current Covid-19 Protocols (dated July 15, 2022), counsel is therefore unable to enter the Courthouse on Monday for sentencing. We have conferred with the Government who does not object to the adjournment. We have also conferred with the Government about rescheduling sentencing and would propose setting it for the week of September 6th (and, if that is not possible, the week of August 22nd). We apologize for the inconvenience to the Court.

    Respectfully submitted,

        s/ John Zach
    John Zach
    Craig Wenner
    Valecia Battle

Copy to:

AUSAs Qian & Nessim

**The sentencing is adjourned to September 12 at 11:00 a.m.**

Dated:  New York, New York
       August 5, 2022

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.