UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                      :
                                                               :
        - v. -                                              :   18 Cr. 879 (SHS)
                                                               :   ORDER
ARIEL JIMENEZ,                                                 :
                                                               :
        Defendant.                                         :
                                                               :
---------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

    Upon the application of ARIEL JIMENEZ, the defendant herein, for an Order permitting the release of passports surrendered to pretrial services as a condition of defendant's bail,

    IT IS HEREBY ORDERED that pretrial services shall release the passports of the defendant's mother, Ana Jimenez, and nephew, Wandy Castillo, to those individuals.

Dated:   New York, New York          SO ORDERED
           August 24, 2022

                                                  _____
                                                  SIDNEY H. STEIN
                                                  U.S.D.J.

1