UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
 
UNITED STATES OF AMERICA,

        - v. -                                      18 Cr. 879 (SHS)

                                              ORDER
ARIEL JIMENEZ,

              Defendant.

---------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

     Upon the application of ARIEL JIMENEZ, the defendant herein, for an Order permitting the release of Ariel Jimenez's passport surrendered to pretrial services as a condition of defendant's bail,

     IT IS HEREBY ORDERED that pretrial services shall release the defendant's passport to Ashley Medina.

Dated:    New York, New York
             January 13, 2023

                                                       THE HONORABLE SIDNEY H. STEIN
                                                       UNITED STATES DISTRICT JUDGE