UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ARIEL JIMENEZ

a/k/a "Melo",

Defendant.

S3 18-CR-879 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On February 2, 2023, Emigrant Funding Corporation submitted a petition pursuant to 21 U.S.C. § 853(n) to assert an interest in property that is subject to a Preliminary Order of Forfeiture dated September 12, 2022, granted in this matter in favor of the Government.

Accordingly, IT IS HEREBY ORDERED that:

1. The Government will respond to the petition two weeks from today, on February 23, 2023.
2. The parties are directed to appear for a hearing on this petition pursuant to 21 U.S.C. § 853(n)(4) on March 2, 2023, at 2:30 p.m., in Courtroom 23A.

Dated: New York, New York
February 9, 2023

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.