UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ARIEL JIMENEZ, a/k/a "Melo",

Defendant.

S3 18-CR-879 (SHS)

<u>ORDER</u>

---

SIDNEY H. STEIN, U.S. District Judge.

On March 2, 2023, Edwin Carde submitted a petition [Doc. No. 503] pursuant to 21 U.S.C. § 853(n) to assert an interest in property that is subject to a Preliminary Order of Forfeiture dated September 12, 2022, granted in this matter in favor of the Government.

Accordingly, IT IS HEREBY ORDERED that:

1. The Government will respond to the petition on or before March 20, 2023; and

2. The parties are directed to appear for a hearing on this petition on April 3, 2023, at 2:30 a.m., in Courtroom 23A.

Dated:  New York, New York
        Monday, March 6, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.