

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2023

**MEMO ENDORSED**

BY ECF
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Jimenez et al.,**
18 Cr. 879 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to seek, with the consent of the Edwin Carde, through his counsel, a 30-day adjournment of the hearing scheduled for May 2, 2023 at 2:30 p.m. regarding the petition (the "Petition") filed by Edwin Carde ("Petitioner"), asserting an interest in the real property located at 2500 Bailey Avenue, Bronx, New York (the "Subject Property") (D.E. 503).

The Government continues to be in communication with counsel for the Petitioner and the parties continue to be actively negotiating a stipulation which would resolve the Petitioner's claim. The parties anticipate arriving at such a stipulation in the near future.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Daniel G. Nessim/ Ni Qian
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2486/2364

**The conference is adjourned to June 7, 2023, at 10:00 a.m. The Court brings the "Affidavit in Support of Petition of Interest in Property Subject to Forfeiture" [ECF Doc. No. 509] to the parties' attention.**

Dated: New York, New York
May 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.