

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2023

**BY ECF**

The Honorable Sidney H. Stein                          **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>           **Re:    United States v. Jimenez et al.,**
>                    18 Cr. 879 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, jointly with counsel for the petitioner, to adjourn for 45 days the hearing currently scheduled for June 7, 2023 at 4p.m. regarding the petition (the "Petition") filed by Edwin Carde ("Petitioner"), asserting an interest in the real property located at 2500 Bailey Avenue, Bronx, New York (the "Subject Property") (D.E. 503).

The Government continues to be in communication with counsel for the Petitioner and the parties are actively negotiating a stipulation which would resolve the Petitioner's claim. The parties anticipate arriving at such a stipulation in the near future.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
         Daniel G. Nessim/ Ni Qian
         Assistant United States Attorneys
         One St. Andrew's Plaza
         New York, New York 10007
         Tel. (212) 637-2486/2364

**The conference is adjourned to August 17, 2023, at 2:30 p.m.**

Dated: New York, New York
       June 7, 2023                          **SO ORDERED:**

                                             Sidney H. Stein, U.S.D.J.