U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 17, 2023

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **United States v. Jimenez et al.,**
18 Cr. 879 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, jointly with counsel for the petitioner, to adjourn for 45 days the hearing currently scheduled for today regarding the petition (the "Petition") filed by Edwin Carde ("Petitioner"), asserting an interest in the real property located at 2500 Bailey Avenue, Bronx, New York (the "Subject Property") (D.E. 503).

The Government continues to be in communication with counsel for the Petitioner and the parties are actively negotiating a stipulation which would resolve the Petitioner's claim. The parties anticipate arriving at such a stipulation in the near future.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Daniel G. Nessim/ Ni Qian
Assistant United States Attorneys
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2486/2364

*Handwritten endorsement:*

8/17/23

Argument on the Carde petition is adjourned to September 28 at 10 A.M. The last day for Medina to oppose the gov't's motion to dismiss her petition is Sept 15; gov't reply, if any, by Sept 22. Argument on the Medina petition will also be on Sept. 28 at 10 A.M. in Courtroom 23A. So ordered.

Sidney H. Stein
USDJ