# EXIBIT 6










Case 1:18-cv-00879-SHS Document 532 Filed 09/15/23 Page 5 of 9









