UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 18-Cr-879 (SHS) |
| -v- | : | ORDER |
| ARIEL JIMENEZ, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the argument on the Edwin Carde petition and the Ashley Medina petition scheduled for Thursday, September 28, 2023, at 10:00 a.m., will begin at 10:30 a.m., not 10:00 a.m.

Dated: New York, New York
       September 26, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.